UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

******************************************************************************

TAMMY R. DUDLEY,                               CIV 11-1024

                Plaintiff,
v.                                             JUDGMENT OF DISMISSAL

CAROLYN W. COLVIN,
Commissioner of Social Security,

                Defendant.

******************************************************************************

      Plaintiff Tammy R. Dudley, having brought on this action pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), it is hereby

      ORDERED that the Report and Recommendation of the U.S. Magistrate Judge is accepted and adopted. It is further

      ORDERED that the Commissioner's decision is affirmed.

      Dated this 30th day of September, 2013.

                                          JOSEPH HAAS, Clerk

                              By: _____
                                          Deputy Clerk